UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VASILIY AND VIKTORIA KOZOREZOV, husband and wife,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., a federally regulated bank; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., a Delaware Corporation; and RECONTRUST COMPANY, N.A.,<br><br>Defendants. | No.<br><br>CORPORATE DISCLOSURE STATEMENT OF MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC. |

Pursuant to Fed. R. Civ. P. 7.1(a), Defendant Mortgage Electronic Registration System, Inc. ("MERS"), by and through its counsel, hereby certifies as follows: MERS is a wholly owned subsidiary of MERSCORP, Inc., a private Delaware corporation.

DATED this 3rd day of December, 2009.

           Davis Wright Tremaine LLP
           Attorneys for Defendants


           By /s/Matthew Sullivan
             Stephen M. Rummage, WSBA #11168
             Matthew Sullivan, WSBA #40873
             1201 Third Avenue, Suite 2200
             Seattle, Washington 98101-3045
             Telephone: (206) 757-8257
             Fax: (206) 757-7257
             E-mail: matthewsullivan@dwt.com

CORPORATE DISCLOSURE STATEMENT OF MORTGAGE ELECTRONIC
REGISTRATION SYSTEM, INC. — 1
DWT 13614778v1 4900000-001094

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1

## CERTIFICATE OF SERVICE

2
    I declare under penalty of perjury that on this day I caused a copy of the foregoing
3 Corporate Disclosure Statement of Mortgage Electronic Registration System, Inc. to be served upon the following:

4

5    Edward L. Mueller                                ( )    By U. S. Mail
Mueller & Associates, Inc., P.S.              ( )    By Federal Express
6    2050 – 112th Avenue N.E., Ste. 110      ( )    By Facsimile
Bellevue, Washington 98004                  (X)   By Messenger

7

8
Dated at Seattle, Washington this 3rd day of December, 2009.

9

10                              _____
                                 Anita Griffin
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

CORPORATE DISCLOSURE STATEMENT OF MORTGAGE ELECTRONIC
REGISTRATION SYSTEM, INC. — 2
DWT 13614778v1 4900000-001094

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700