1

2

3

4

5

6               UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF WASHINGTON
7                       AT SEATTLE

8  VASILIY AND VIKTORIA
   KOZOREZOV,
9
                 Plaintiffs,            Case No.  C09-1729RSL
10
                                        ORDER STAYING CASE AND
11       v.                             REMOVING CASE FROM ACTIVE
                                        CASELOAD
12 BANK OF AMERICA, N.A., *et al.*,

13              Defendants.

14

15       This matter comes before the Court on plaintiffs' January 25, 2010 "Notice of

16 Bankruptcy Filing by Plaintiffs" (the "Notice").  The Notice states that plaintiffs have

17 filed for relief under Chapter 7 of the United States Bankruptcy Code in the United States

18 Bankruptcy Court in this district.

19       As plaintiffs acknowledge, the bankruptcy filing subjects this case to the automatic

20 stay provisions of 11 U.S.C. § 362.  Accordingly, this case is STAYED pending

21 resolution of the issues in the bankruptcy proceedings.  It is hereby ORDERED that this

22 action shall be removed from the Court's active caseload until further application by the

23

24

25

26 ORDER STAYING CASE AND REMOVING
   CASE FROM ACTIVE CASELOAD - 1

1    parties or order of this Court.

2

3         DATED this 26th day of January, 2010.

4

5

6                           _MM S Lasnik_
                            Robert S. Lasnik
7                           United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   ORDER STAYING CASE AND REMOVING
     CASE FROM ACTIVE CASELOAD - 2